IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUBERT FENTON, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM H. RYAN, JR., et al., | : | No. 11-2303 |
| Respondents. | : | |

### ORDER

AND NOW, this **11th** day of **August, 2011**, upon consideration of Plaintiff's Motion for Reconsideration and Request for Certificate of Appealability, and for the reasons stated in this Court's Memorandum dated August 11, 2011, it is hereby **ORDERED** that Plaintiff's motion (Document No. 3) is **DENIED**.

BY THE COURT:

Berle M. Schiller, J.